UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GAME CRAFT, LLC and SWEENEY HOLDINGS, LLC,**

    **Plaintiffs,**

v.                                               **Case No:  6:14-cv-243-Orl-41KRS**

**VECTOR PUTTING, LLC, MICHAEL SCHY and DAVID BALBI,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Second Amended and Restated Motion for Attorneys' Fees and Costs (Doc. 111). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation ("R&R," Doc. 112), in which she recommends that the motion be granted in part and Plaintiffs be awarded a portion of the requested fees and expenses.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 112) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Second Amended and Restated Motion for Attorneys' Fees and Costs (Doc. 111) is **GRANTED in part**.

3. Plaintiffs are awarded $140,004.00 in attorneys' fees and $586.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2017.



Copies furnished to:

Counsel of Record
Unrepresented Parties